UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZANDER GROUP HOLDINGS, INC., and JEFFREY J. ZANDER, <br><br>Plaintiffs,<br><br>v.<br><br>KATZ, SAPPER & MILLER, LLP, KSM BUSINESS SERVICES, INC., and ANDREW J. MANCHIR,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO. 3:18-cv-00653<br>CHIEF JUDGE CRENSHAW |

## ORDER

Pursuant to Administrative Order No. 176, this action is transferred to U.S. District Judge William L. Campbell, Jr., as a "Related Case" to Civil Action No. 3:17-cv-01187.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE