UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZANDER GROUP HOLDINGS, INC. and JEFFREY J. ZANDER,<br><br>    Plaintiffs,<br><br>v.<br><br>KATZ, SAPPER & MILLER LLP, ET AL.,<br><br>    Defendants. | Case No. 3:18-cv-00653<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Newbern |

## **ORDER**

The undersigned Magistrate Judge held an initial case management conference with the parties on September 24, 2018. In the course of that conference, the parties agreed that the relief Plaintiffs seek in this case is entirely dependent upon the outcome of another action now pending in this Court, *Acosta v. Zander Group Holdings, Inc., et al.*, Case No. 3:17-cv-01187. For that reason, and by agreement of the parties, the Court ORDERS as follows:

Defendants filed a motion to dismiss this action on grounds that are unrelated to the outcome of the *Acosta* action. (Doc. No. 16.) The deadline for Plaintiffs to respond to that motion previously set by the Court (Doc. No. 18) is EXTENDED to October 15, 2018. Defendants may file any optional reply within 14 days of the response.

All other aspects of this case shall be STAYED pending resolution of the motion to dismiss. If the motion to dismiss is denied, this action shall be STAYED pending resolution of the *Acosta* proceedings.

Counsel for Plaintiffs shall file a status report regarding the progress of the *Acosta* action every ninety days, which shall be calculated from the entry of this order. Within seven days of the resolution of the *Acosta* action, the parties shall file a joint motion to set a case management conference in this case.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge