# Glassman, Wyatt, Tuttle & Cox, P. C.

RICHARD GLASSMAN [H, •, 1, 3]
CARL K. WYATT [1]
ROBERT A. COX [1,3]
JAMES F. HORNER, JR.
TODD B. MURRAH [•, 1, 2, 3]
DAVID C. RILEY
EDWIN E. WALLIS, III [3, 5]

KYLE I. CANNON
THOMAS E. CLARY, III
LEWIS W. LYONS
DONALD R. BABINEAUX [2]
RONNA D. KINSELLA [1, 3]
LAURAN G. STIMAC [1, 4]
JONATHAN S. STOKES
EDWARD L. BRUNDICK, III [3]

DALE H. TUTTLE [3]
LORI J. KEEN [3, 5]
*Of Counsel*

**Attorneys at Law**
A PROFESSIONAL CORPORATION
26 NORTH SECOND STREET BUILDING
MEMPHIS, TENNESSEE 38103-2602
TEL - 901-527-4673
FAX - 901-521-0940

website: www.gwtclaw.com

LEGAL ASSISTANTS
DONNA J. PARKER
KRISTEN WILLIAMS
JENNIFER JOHNSON

OFFICE ADMINISTRATOR
SUSAN B. STEPHENSON

" CERTIFIED CIVIL TRIAL SPECIALIST -
NATIONAL BOARD OF TRIAL ADVOCACY
(ABA accredited organization)

• CERTIFIED CIVIL PRETRIAL PRACTICE ADVOCATE -
NATIONAL BOARD OF TRIAL ADVOCACY
(ABA accredited organization)

* LICENSED U.S. PATENT & TRADEMARK OFFICE

[1] ALSO LICENSED IN MISSISSIPPI
[2] ALSO LICENSED IN ALABAMA
[3] ALSO LICENSED IN ARKANSAS
[4] ALSO LICENSED IN VIRGINIA
[5] ALSO LICENSED IN KENTUCKY

September 17, 2018

**VIA EMAIL & US MAIL**
Gino Bulso
Paul J. Krog
LEADER, BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219-1734

Re: Jeffrey Zander; Zander Group Holdings, Inc. v. Katz, Sapper & Miller, LLP; KSM Business Services, Inc.; and Andrew Manchir
U.S. District Court for the M.D. Tenn. No. 3:18-cv-00653
Our File: 12-446

Dear Counsel,

This correspondence serves as notice of a violation of Fed. R. Civ. P. 11(b). The enclosed Motion for Rule 11 Sanctions and Memorandum of Law in Support thereof will be filed within 21 days after service of this correspondence containing the unfiled Motion and Memo.

Sincerely,

RICHARD GLASSMAN
rglassman@gwtclaw.com

RG/jlb
Enclosure
cc: Jonathan Stokes