UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZANDER GROUP HOLDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATZ, SAPPER, & MILLER, LLP, et al., <br><br> Defendants. | Case No. 3:18-cv-00653 <br><br> Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

A telephone conference with the Magistrate Judge is set on October 30, 2020, at 11:00 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

Counsel shall file a joint statement of the discovery dispute by no later than October 28, 2020. The statement shall clearly identify each issue to be discussed and include the subject request and response. Each party's position statement shall be no longer than three pages per issue raised.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge