IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ZANDER GROUP HOLDINGS INC. and
JEFFREY J. ZANDER,

  Plaintiffs,

v.

KATZ, SAPPER & MILLER LLP; KSM BUSINESS SERVICES INC.; and ANDREW J. MANCHIR,

  Defendants.

Case No. 3:18-cv-653
Judge Campbell
Mag. Judge Newbern

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective November 16, 2020, the address and law firm at which Paul J. Krog, counsel for plaintiffs, is to receive notice and service of papers will change. Mr. Krog's new contact information is:

    Paul J. Krog
    Bulso PLC
    155 Franklin Road, Suite 400
    P. O. Box 861
    Brentwood, TN 37027
    615-913-5130
    pkrog@bulso.com

    s/Paul J. Krog
    Paul J. Krog (No. 29263)
    Leader & Bulso, PLC
    414 Union Street, Suite 1740
    Nashville, TN 37219
    (615) 780-4100
    pkrog@leaderbulso.com
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that the foregoing is being filed via the Court's ECF system, which is expected to deliver a copy by electronic means to the following on this 14th day of November 2020:

| | |
|---|---|
| Richard Glassman<br>GLASSMAN, WYATT, TUTTLE &<br>COX, P.C.<br>26 N. Second Street<br>Memphis, TN 38103<br>901.527.2156 (o)<br>901.521.0940 (f)<br>*Attorneys for Defendants* | Richard A. Simpson<br>WILEY REIN LLP<br>1776 K Street NW<br>Washington, DC 2006<br>202-719-7000<br>202-719-7049<br>rsimpson@wiley.law |

                                           s/Paul J. Krog
                                           Paul J. Krog